# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD HARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN D. GRIERSON,<br><br>    Defendant. | Case No.  2:14-cv-522-JAD-VCF<br><br>**Order** |

## I.  DISCUSSION

On May 19, 2014, this Court issued a screening order dismissing the complaint in its entirety, with prejudice, as amendment would be futile. (Doc. No. 6 at 4). The Clerk of the Court entered judgment in this case. (Doc. No. 8). On May 20, 2014, Plaintiff filed a motion for appointment of counsel. (Doc. No. 9). The Court denies Plaintiff's motion as moot because the case is now closed. Plaintiff shall not file anymore documents in this case.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for appointment of counsel (Doc. No. 9) is denied as moot.

///

///

IT IS FURTHER ORDERED that Plaintiff shall not file anymore documents in this closed case.

DATED this 22nd day of May, 2014.

_____
United States Magistrate Judge